UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRI L JAMES,

    Plaintiff,

v.

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 20-cv-03505-PJH

**ORDER DIRECTING PARTIES TO FILE CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION FOR ALL PURPOSES**

In cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case more expeditiously than the undersigned district judge.

Accordingly, the parties are hereby DIRECTED to file, no later than two weeks after the date on which defendant is served, either a consent or declination to have a magistrate judge conduct all further proceedings in the instant action. Normally the parties would indicate whether they consent to proceed before a magistrate judge in their Joint Case Management Statement filed in connection with the initial case management conference. However, because this case involves a review of an administrative record, a case management conference has not been scheduled. The parties are advised that they may jointly request assignment to a specific magistrate judge. For the parties' convenience, a consent form is attached hereto; forms are also available in the "Forms" section at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 26, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRI L JAMES,

        Plaintiff,

    v.

ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 20-cv-03505-PJH

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

**( ) Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

**( ) Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case.

DATE: _____, 20____    NAME: _____

COUNSEL FOR
(OR "PRO SE"):_____

_____
*Signature*